Case 05-70717   Doc 38   Filed 11/25/08   Entered 11/25/08 10:00:23   Desc Main
                                Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BEVERLY J. MEHLBAUM                                    Case Number: 05-70717
        P.O. BOX 7691
        ROCKFORD, IL  61126                SSN-xxx-xx-4711

                                                         Case filed on:     2/22/2005
                                                         Plan Confirmed on: 4/15/2005

                              P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,839.82          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|     | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|     | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BEVERLY J. MEHLBAUM | 0.00 | 0.00 | 199.82 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 199.82 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 4,800.00 | 4,800.00 | 4,800.00 | 594.66 |
|     | Total Secured | 4,800.00 | 4,800.00 | 4,800.00 | 594.66 |
| 001 | AMERICAN GENERAL FINANCE | 4,970.00 | 4,970.00 | 611.83 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 5,450.21 | 5,450.21 | 670.94 | 0.00 |
| 004 | AFFIRMATIVE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY MICHAEL P. MARGELEFSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GILBERT & LOWE | 300.00 | 300.00 | 36.93 | 0.00 |
| 010 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | K-MART RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KATTY SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MEMBERS ALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 172.35 | 172.35 | 21.21 | 0.00 |
| 016 | PEDIATRIC CARDIOLOGY CLINIC OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 10,892.56 | 10,892.56 | 1,340.91 | 0.00 |
|     | Grand Total: | 17,056.56 | 17,056.56 | 7,704.73 | 594.66 |

Total Paid Claimant:     $8,299.39
Trustee Allowance:       $540.43
Percent Paid Unsecured:  12.31

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008          By  /s/Heather M. Fagan